DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LINDELL McFADDEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1675

_____

September 23, 2022

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Collier County; Joseph G. Foster, Judge.

Lindell McFadden, pro se.

PER CURIAM.

    Affirmed.

CASANUEVA, KHOUZAM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.